062-15

# ELECTRONIC RECORD

COA # 05-14-00014-CR        OFFENSE: 29.02

STYLE: Bernard Kay Ross v. The State of Texas        COUNTY: Dallas

COA DISPOSITION: MODIFY        TRIAL COURT: 203rd Judicial District Court

DATE: 12/17/2014        Publish: NO        TC CASE #: F13-24874-P

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Bernard Kay Ross v. The State of Texas        CCA #: 062-15

_____State's_____ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

_____REFUSED_____        JUDGE: _____

DATE: 03/25/2015        SIGNED: _____    PC: _____

JUDGE: Per Curiam        PUBLISH: _____    DNP: _____

Keller, P.J. & Newell would grant

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD